UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

TYSON D. TABB )
)
v. ) NO. 2:12-cv-310
) *Greer/Inman*
MATTHEW SCOTT COUSINS )

**ORDER**

Tyson D. Tabb filed this *pro se* civil rights complaint for damages under 42 U.S.C. § 1983, alleging that defendant Matthew Scott Cousins, a Bristol, Tennessee police officer, used excessive force during plaintiff's arrest, [Doc. 2]. This case is now before the Court to consider the Report and Recommendation [RR] of the United States Magistrate Judge, dated April 29, 2013, [Doc. 20]. In his RR, Judge Inman observed that plaintiff had failed to appear for his discovery deposition, to respond to defendant's pending motion for sanctions or dismissal of this case, [Doc. 18], or to a court order requiring him to respond to defendant's motion, [Doc. 19]. Concluding that plaintiff has abandoned his case, Judge Inman recommends that his lawsuit be dismissed with prejudice. Although a copy of Judge Inman's RR was mailed to plaintiff, he has filed no objections to the RR. After careful consideration of the record as a whole and of the RR, and for the reasons set out in that RR, which are incorporated by reference herein, this RR is **ADOPTED** and **APPROVED** and defendant's motion for dismissal is **GRANTED**, [Doc. 18]. This action will be **DISMISSED** with prejudice by separate order.

A separate judgment order will enter.

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE